AUSA: Timothy E. Garcia Telephone: (313) 226-9522
Agent: Alexander Carlson Telephone: (313) 450-2590

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Brayan Adolfo SIXTO-Reyes

Case: 2:26−mj−30579
Assigned To : Unassigned
Assign. Date : 9/17/2026
Description: CMP USA v Sixto−Reyes (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 16, 2026 in the county of Washtenaw in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Alexander Carlson, U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

*Judge's signature*

Date: September 17, 2026

City and state: Detroit, MI

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

# Affidavit

I, Alexander Carlson, declare the following under penalty of perjury:

1. I am an agent with the U.S. Department of Homeland Security, U.S. Border Patrol. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and record checks of law enforcement databases. I have also reviewed the immigration file and system automated data relating to Brayan Adolfo SIXTO-Reyes, a native and citizen of Mexico.
2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for SIXTO-Reyes, for a violation of 8 U.S.C. § 1326(a), unlawful re-entry following removal. I have not included every fact known to law enforcement related to this investigation.
3. On or about March 24, 2024, SIXTO-Reyes was encountered by United States Border Patrol Agents near Eagle Pass, Texas, and processed as an Expedited Removal.
4. On or about March 25, 2024, SIXTO-Reyes was removed from the United States to Mexico through Eagle Pass, Texas.

5. On or about March 28, 2024, SIXTO-Reyes was encountered by United States Border Patrol Agents near Carrizo Springs, Texas, and reinstated his prior removal order.
6. On or about March 29, 2024, SIXTO-Reyes was removed from the United States to Mexico through Eagle Pass, Texas.
7. On or about May 16, 2025, SIXTO-Reyes was arrested for Assault in Pittsfield Township, Michigan. Pittsfield Township police responded to a report of a fight between two men. A witness confirmed the fight and indicated that SIXTO-Reyes threw the first punch. SIXTO-Reyes was not prosecuted.
8. On or about September 16, 2026, United States Border Patrol agents encountered SIXTO-Reyes in Ypsilanti, Michigan, in the Eastern District of Michigan, as a result of a targeted encounter. SIXTO-Reyes's prior removal order has been reinstated.
9. After the encounter, the responding agent identified himself as a United States Border Patrol Agent and conducted an immigration inspection. Agents questioned SIXTO-Reyes and determined that he had unlawfully entered the United States at a time and place other than as designated by the Attorney General of the United States or the Secretary of Homeland Security of the United States. Upon determining SIXTO-Reyes had illegally re-

entered the United States, the Border Patrol Agent placed SIXTO-Reyes under arrest and transported him to the Gibraltar Station for processing.

10. While at the Gibraltar Border Patrol Station, Border Patrol Agents captured SIXTO-Reyes's fingerprints and photograph and entered this information into the Automated Biometric Identification System (IDENT) and the Next Generation Identification (NGI). The results revealed that SIXTO-Reyes is a citizen of Mexico, with no record of obtaining permission to re-enter the United States following his March 29, 2024, removal.

11. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, U.S. Code, to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

12. Review of the Alien File (A# XXX XXX 420) for SIXTO-Reyes, and queries in U.S. Department of Homeland Security databases confirm no record exists of SIXTO-Reyes obtaining permission from the Attorney General or the Secretary of Homeland Security to re-apply for admission to

the United States after his removal from the United States on March 29, 2024.

13. Based on the above information, there is probable cause to conclude that on or about September 16, 2026, in the Eastern District of Michigan, Brayan Adolfo SIXTO-Reyes, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about March 29, 2024, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Alexander Carlson, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge
September 17, 2026